IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| Rebecca K. Malone, individual and as the widow of Joshua Darrell Malone, deceased; Rebecca K. Malone as the Administratrix of the Estate of Joshua Darrell Malone, deceased; and J.M., the minor child of Joshua Darell Malone, deceased by and through his natural and legal guardian and next friend, Rebecca K. Malone, <br><br> Plaintiffs, <br><br> vs. <br><br> Western Petroleum, LLC; Pilot Travel Services, LLC, d/b/a Pilot Flying J; Richard Clarence Simpson, d/b/a R. Simpson Trucking; Richard Clarence Simpson, individually, and XYZ Corporations, I-X; <br><br> Defendants. | **ORDER RE ADMISSION PRO HAC VICE** <br><br><br><br> Case No. 4:14-cv-053 |

Before the court are motions for attorneys Jennifer Ingram Wilkinson, Allan L. Elkins, Jr., and Carroll H. Ingram to appear *pro hac vice* on behalf of the plaintiffs. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Wilkinson, Elkins, and Ingram have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 5, 6, and 7) are **GRANTED**. Attorneys Wilkinson, Elkins, and Ingram are admitted to practice before this court in the above-entitled action on behalf of the plaintiffs.

    **IT IS SO ORDERED.**

    Dated this 2nd day June, 2014.

                                                 */s/ Charles S. Miller, Jr.*
                                                 Charles S. Miller, Jr.
                                                 United States Magistrate Judge