**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Rebecca K. Malone, individually and as | ) | |
| the widow and Administratrix of the | ) | |
| Estate of Joshua Darrell Malone, deceased; | ) | **ORDER SCHEDULING SETTLEMENT** |
| and J.M., a minor child of Joshua Darrell | ) | **CONFERENCE** |
| Malone, deceased, by and through his | ) | |
| natural and legal guardian and next | ) | |
| friend, Rebecca K. Malone, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Western Petroleum, LLC; et. al. | ) | Case No.  4:14-cv-053 |
| | ) | |
| Defendants. | ) | |

The court shall conduct a settlement conference in the above entitled action by telephone on December 16, 2015.  The court shall call plaintiffs at 10:00 a.m. CST and thereafter follow up with defendants collectively.  At least two days prior to the conference, the parties shall submit expert reports and may submit any relevant deposition transcripts (that have not already been filed) to the court via fax (701-530-2325) or e-mail (ndd_J-Miller@ndd.uscourts.gov).  The parties are not required to submit settlement statements.  Prior to the settlement conference, counsel shall provide the court with telephone numbers at which they and their clients can be reached.

**IT IS SO ORDERED.**

Dated this 24th day of November, 2015.

_/s/ Charles S. Miller, Jr._____
Charles S. Miller, Jr.
United States Magistrate Judge